## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR378 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARENCE DENNIS, JR., and | ) | |
| VERONICA RAY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for an extension of time by defendant Veronica Ray (Filing No. 30).  Ray seeks additional time in which to file pretrial motions in accordance with the progression order.  Ray's counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted as to both defendants.

**IT IS ORDERED:**

Defendant Ray's motion for an extension of time (Filing No. 30) is granted.  Both of the defendants are given until **on or before December 19, 2013,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **December 2, 2013, and December 19, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require  additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 2nd day of December, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge